UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ANTHONY GREENE,

        Plaintiff,

-v-

        No. 10 Civ. 4524 (LTS)(JLC)

WESTCHESTER COUNTY JAIL HEALTH
SERVICES and DR. ZELENSKI,

        Defendants.

------------------------------------------------------x

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 10 JAN 2011]

## ORDER

The Court has reviewed Magistrate Judge Cott's November 19, 2010, Report and Recommendation (the "Report") which recommends that Plaintiff Greene's complaint against Dr. Zelenski and Westchester County Health Services be dismissed without prejudice for failure to timely effect service. No objections to the Report have been received.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.A. § 636(b)(1)(C) (West 2006). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Johnson v. New York University School of Education, No. 00 Civ. 8117, 2003 WL 21433443, at *1 (S.D.N.Y. June 16, 2003).

The Court has reviewed carefully Magistrate Judge Cott's Report and Recommendation and finds no clear error. The Court therefore adopts the Report in its entirety for the reasons stated therein. Accordingly, Plaintiff's complaint is dismissed without prejudice. This

GREENE.WPD     VERSION 1/7/11

Copies mailed/faxed to _____
Chambers of Judge Swain

1-10-2011

Order resolves docket entry number 7. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444 (1962).

The Clerk of Court is respectfully requested to enter judgment dismissing the action without prejudice, and close this case.

SO ORDERED.

Dated: New York, New York
January 7, 2011

LAURA TAYLOR SWAIN
United States District Judge